IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

JESSE T. HILL,

                Defendant.

4:25CR3051

INFORMATION
18 U.S.C. § 1349

The United States Attorney charges:

### COUNT I
### CONSPIRACY TO COMMIT ~~WIRE~~ BANK FRAUD

Beginning on or about November 2, 2020, and continuing through on or about at least December 31, 2022, in the District of Nebraska, and elsewhere, the defendant, JESSE T. HILL, did knowingly and intentionally conspire and agree with Individual 1, and others known and unknown, to execute a scheme and artifice to defraud financial institutions, and to obtain moneys, funds, assets and other property owned by, and under the custody and control of, financial institutions by means of materially false and fraudulent pretenses, representations and promises in violation of Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1349.

### FORFEITURE ALLEGATION

1. The allegations contained in Count I of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2)(A).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 1349 set forth in Count I of this Information, the defendant, JESSE T. HILL, shall forfeit to the United

States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any

property constituting, or derived from, proceeds obtained directly or indirectly, as a result of

such violation. The property to be forfeited includes, but is not limited to, the following:

    a) 142 Las Casitas II in Fajardo, Puerto Rico;

    b) Ownership interest of Individual 1 and/or Archangel Aviation, LLC in a PC-
       12/47E Pilatus Aircraft bearing tail number N586WD; and

    c) Proceeds in Charles Schwab account 3737-1364;

3. If any of the property described above, as a result of any act or omission of the defendant:

    a) Cannot be located upon the exercise of due diligence;

    b) Has been transferred or sold to, or deposited with, a third party;

    c) Has been placed beyond the jurisdiction of the Court;

    d) Has been substantially diminished in value; or

    e) Has been comingled with other property which cannot be divided without
       difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States

Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

    All pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

SEAN P. LYNCH, #23275
Assistant U.S. Attorney

DONALD J. KLEINE #22669
Assistant U.S. Attorney

2

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

SEAN P. LYNCH, #25275
Assistant U.S. Attorney

DONALD J. KLEINE #22669
Assistant U.S. Attorney